*E-Filed 11/16/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES GARRETT HARDING, | No. C 11-2801 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SONOMA COUNTY COURTS, | |
| Defendant. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed, and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: November 16, 2011

RICHARD SEEBORG
United States District Judge

No. C 11-2801 RS (PR)
ORDER OF DISMISSAL